

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES LEE WASHINGTON (#105549)

VERSUS

RICHARD SPINNER, ET AL

CIVIL ACTION

NO. 09-349-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the petitioner's application for habeas corpus relief is dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, March  16  , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA